IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARY SHIELDS, as Personal
Representative of the Estate of
LARRY D. RIGGSBY, deceased,

    Plaintiff,

vs.                              CASE NO. 1:06-CV-042-SPM

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's "Notice of Settlement" (doc. 36) filed on August 24, 2007. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this twenty-fourth day of August, 2007.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge